IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES ALFRED DEASON,
    Plaintiff,

v.                                                    Civil No. 3:23cv493 (DJN)

HENRICO JAIL EAST, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on August 21, 2023, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court informed Plaintiff that he must keep the Court advised of his current address. On March 11, 2023, the United States Postal Service returned a February 14, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Not at Jail." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                        /s/
                                                      David J. Novak
                                                      United States District Judge

Richmond, Virginia
Dated:  March 22, 2024